# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EUGENE CRAWFORD, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 08-0714-KD-B |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), and dated January 29, 2010 (doc. 16) and the plaintiff Eugene Crawford's objection (doc. 17). After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge, is adopted as the opinion of this Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner of Social Security denying Crawford benefits be **AFFIRMED.**

DONE this the 18th day of February, 2010.

                                                       s / Kristi K. DuBose  
                                                       **KRISTI K. DuBOSE**  
                                                       **UNITED STATES DISTRICT JUDGE**